P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER

CARD NUMBER                    EXP. DATE      AMOUNT

SIGNATURE                      MUST INCLUDE 3 DIGIT
                               SECURITY CODE FROM
                               BACK OF CARD

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|------|---------------|-----------|
| April 27, 2015 | ████3937 | $11.16 |

107100 - 242

MARYANN N SIVONGXAY
████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000242

** Please Detach the Top Portion and Return with Payment **

## COLLECTION NOTICE

Creditor:               WAIANAE COAST COMP HEALTH CTR
Creditor Account #:     ████3921
Amount:                 $11.15
Interest Due:           $0.01
Total Balance Due:      $11.16

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

BBB.
ACCREDITED
BUSINESS

| Mailing address: | Oahu Office: | Hilo Office: |
|------------------|--------------|--------------|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1


**EXHIBIT ONE** 

107100-NTC1-242

P.O. Box 1187
Kailua, HI 96734

| | IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW: | | |
|---|---|---|---|
| | ☐ VISA *VISA* | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | | EXP. DATE | AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ▮▮▮3938 | $21.18 |

107100 - 243

MARYANN N SIVONGXAY
▮▮▮▮▮▮▮▮▮▮
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

** Please Detach the Top Portion and Return with Payment **

## COLLECTION NOTICE

Creditor:               WAIANAE COAST COMP HEALTH CTR
Creditor Account #:     ▮▮▮6101
Amount:                 $21.16
Interest Due:           $0.02
Total Balance Due:      $21.18

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1





**EXHIBIT ONE**

107100-NTC1-243

P.O. Box 1187
Kailua, HI 96734

| | IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW: | |
|---|---|---|
| ☐ VISA *VISA* | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███3939 | $5.53 |

107100 - 244

MARYANN N SIVONGXAY
██████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:                  WAIANAE COAST COMP HEALTH CTR
Creditor Account #:        ████0780
Amount:                    $5.52
Interest Due:              $0.01
Total Balance Due:         $5.53

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**



| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1



**EXHIBIT ONE**

107100-NTC1-244

P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA   VISA        ☐ MASTERCARD        ☐ DISCOVER   DISCOVER

CARD NUMBER                                    EXP. DATE        AMOUNT

SIGNATURE                          MUST INCLUDE 3 DIGIT
                                   SECURITY CODE FROM
                                   BACK OF CARD

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|------|---------------|-----------|
| April 27, 2015 | ████3940 | $3.25 |

107100 - 245

MARYANN N SIVONGXAY
████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000245

** Please Detach the Top Portion and Return with Payment **

## COLLECTION NOTICE

Creditor:                    WAIANAE COAST COMP HEALTH CTR
Creditor Account #:          ████0802
Amount:                      $3.25
Interest Due:                $0.00
Total Balance Due:           $3.25

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

Mailing address:
P.O. Box 1187
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Oahu Office:
320 Uluniu Street, Suite 5
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Hilo Office:
180 Kinoole Street, Suite 205
Hilo, HI 96720
808-935-4535 or
Toll Free 1-800-935-4540

1 of 1




107100-NTC1-245

P.O. Box 1187
Kailua, HI 96734

| | PAYMENT BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW: |
|---|---|
| | ☐ VISA *VISA*   ☐ MASTERCARD   ☐ DISCOVER |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ▉3941 | $2.48 |

107100 - 246

MARYANN N SIVONGXAY
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000246

**\*\* Please Detach the Top Portion and Return with Payment \*\***

# COLLECTION NOTICE

Creditor:             WAIANAE COAST COMP HEALTH CTR
Creditor Account #:   ▉1771
Amount:               $2.48
Interest Due:         $0.00
Total Balance Due:    $2.48

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

Mailing address:
P.O. Box 1187
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Oahu Office:
320 Uluniu Street, Suite 5
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Hilo Office:
180 Kinoole Street, Suite 205
Hilo, HI 96720
808-935-4535 or
Toll Free 1-800-935-4540

1 of 1


 **EXHIBIT ONE**

107100-NTC1-246

P.O. Box 1187
Kailua, HI 96734

| | VISA, MASTERCARD or DISCOVER, FILL OUT BELOW: | | |
|---|---|---|---|
| ☐ VISA *VISA* | | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | | EXP. DATE | AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |
| Please note that we assess a convenience fee of $5.00 per transaction. | | | |

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███3942 | $13.31 |

107100 - 247

MARYANN N SIVONGXAY
████████████████
WAIANAE HI 96792-3707

000247

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:               WAIANAE COAST COMP HEALTH CTR
Creditor Account #:     ███0146
Amount:                 $13.30
Interest Due:           $0.01
Total Balance Due:      $13.31

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1



**EXHIBIT ONE**



107100-NTC1-247

P.O. Box 1187
Kailua, HI 96734

| | | |
|---|---|---|
| FOR PAYMENT BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW: | | |
| ☐ VISA  *VISA* | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███3943 | $8.48 |

███████████████████████████████   107100 - 248

MARYANN N SIVONGXAY
████████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

** Please Detach the Top Portion and Return with Payment **

## COLLECTION NOTICE

Creditor:             WAIANAE COAST COMP HEALTH CTR
Creditor Account #:   ████6295
Amount:               $8.47
Interest Due:         $0.01
Total Balance Due:    $8.48

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1


**EXHIBIT ONE**

107100-NTC1-248

P.O. Box 1187
Kailua, HI 96734

IF USING VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA  *VISA*          ☐ MASTERCARD          ☐ DISCOVER  *NOVUS*

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███ 3944 | $5.17 |

‖|‖‖|‖‖|‖|‖‖|‖|‖|‖‖|‖|‖|‖|‖|‖|‖|‖|‖|‖|‖|‖|‖|‖|     107100 - 249

MARYANN N SIVONGXAY
████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187
‖|‖‖|‖|‖|‖‖|‖|‖|‖|‖‖|‖‖|‖|‖|‖|‖|‖|‖|

---

**\*\* Please Detach the Top Portion and Return with Payment \*\***

# COLLECTION NOTICE

Creditor:                      WAIANAE COAST COMP HEALTH CTR
Creditor Account #:       ███ 6318
Amount:                       $5.16
Interest Due:                 $0.01
Total Balance Due:         $5.17

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**




| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1


 **EXHIBIT ONE**

107100-NTC1-249

P.O. Box 1187
Kailua, HI 96734

| | | |
|---|---|---|
| VISA | MASTERCARD | DISCOVER |

CARD NUMBER | EXP. DATE | AMOUNT

SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ████3945 | $3.03 |

107100 - 250

MARYANN N SIVONGXAY

WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000250

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:              WAIANAE COAST COMP HEALTH CTR
Creditor Account #:    ████6325
Amount:                $3.03
Interest Due:          $0.00
Total Balance Due:     $3.03

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1
  **EXHIBIT ONE**          107100-NTC1-250

P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA   VISA            ☐ MASTERCARD            ☐ DISCOVER   DISCOVER

CARD NUMBER                          EXP. DATE          AMOUNT

SIGNATURE                            MUST INCLUDE 3 DIGIT
                                     SECURITY CODE FROM
                                     BACK OF CARD

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|------|---------------|-----------|
| April 27, 2015 | ▮▮3946 | $12.20 |

MARYANN N SIVONGXAY                    107100 - 251

WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

**\*\* Please Detach the Top Portion and Return with Payment \*\***

# COLLECTION NOTICE

Creditor:            WAIANAE COAST COMP HEALTH CTR
Creditor Account #:  ▮▮3043
Amount:              $12.19
Interest Due:        $0.01
Total Balance Due:   $12.20

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**



| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1




**EXHIBIT ONE**

107100-NTC1-251

P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW #:

☐ VISA  VISA          ☐ MASTERCARD          ☐ DISCOVER

CARD NUMBER                          EXP. DATE          AMOUNT

SIGNATURE                            MUST INCLUDE 3 DIGIT
                                     SECURITY CODE FROM
                                     BACK OF CARD

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|------|---------------|-----------|
| April 27, 2015 | ██████3947 | $13.31 |

107100 - 252

MARYANN N SIVONGXAY
████████████████
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000252

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:              WAIANAE COAST COMP HEALTH CTR
Creditor Account #:    ████1286
Amount:                $13.30
Interest Due:          $0.01
Total Balance Due:     $13.31

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**



Mailing address:
P.O. Box 1187
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Oahu Office:
320 Uluniu Street, Suite 5
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Hilo Office:
180 Kinoole Street, Suite 205
Hilo, HI 96720
808-935-4535 or
Toll Free 1-800-935-4540

1 of 1


**EXHIBIT ONE**



107100-NTC1-252

P.O. Box 1187
Kailua, HI 96734

**IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:**

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ▆▆3948 | $13.95 |

107100 - 253

MARYANN N SIVONGXAY
▆▆▆▆▆▆▆▆▆▆▆▆▆
WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000253

**** Please Detach the Top Portion and Return with Payment ****

# COLLECTION NOTICE

Creditor:              WAIANAE COAST COMP HEALTH CTR
Creditor Account #:    ▆▆▆▆▆5693
Amount:                $13.93
Interest Due:          $0.02
Total Balance Due:     $13.95

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1




**EXHIBIT ONE**

107100-NTC1-253

P.O. Box 1187
Kailua, HI 96734

**IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW #:**

☐ VISA  *VISA*          ☐ MASTERCARD          ☐ DISCOVER  *DISCOVER*

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| | | | |

| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD |
|---|---|

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ████3949 | $8.74 |

ılıllıllıllıllıllıllıllıllıllıllıllıllıl   107100 - 254        MEDCAH, Inc.
                                                               P.O. Box 1187
MARYANN N SIVONGXAY                                            Kailua, HI 96734-1187

WAIANAE HI 96792-3707                            IIIıllıIIIıIIIıIIIIıIIIıIIIIıIIIIıIIIIıIIIIıIIIIıIIIIıI

000254

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:                  WAIANAE COAST COMP HEALTH CTR
Creditor Account #:        ████7445
Amount:                    $8.73
Interest Due:              $0.01
Total Balance Due:         $8.74

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1



**EXHIBIT ONE**

107100-NTC1-254

P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA  VISA        ☐ MASTERCARD  MasterCard        ☐ DISCOVER  DISCOVER

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ████3950 | $5.65 |

MARYANN N SIVONGXAY
████████████████
WAIANAE HI 96792-3707

107100 - 255

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000255

**\*\* Please Detach the Top Portion and Return with Payment \*\***

# COLLECTION NOTICE

Creditor:                    WAIANAE COAST COMP HEALTH CTR
Creditor Account #:          ████9006
Amount:                      $5.64
Interest Due:                $0.01
Total Balance Due:           $5.65

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**


ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member


BBB.
ACCREDITED
BUSINESS

Mailing address:
P.O. Box 1187
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Oahu Office:
320 Uluniu Street, Suite 5
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Hilo Office:
180 Kinoole Street, Suite 205
Hilo, HI 96720
808-935-4535 or
Toll Free 1-800-935-4540

1 of 1


**EXHIBIT ONE**

107100-NTC1-255

P.O. Box 1187
Kailua, HI 96734

| | IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW: | | |
|---|---|---|---|
| | ☐ VISA **VISA** | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | | EXP. DATE | AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███3951 | $13.31 |

107100 - 256

MARYANN N SIVONGXAY

WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000256

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor: WAIANAE COAST COMP HEALTH CTR
Creditor Account #: ████5832
Amount: $13.30
Interest Due: $0.01
Total Balance Due: $13.31

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**




| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1





107100-NTC1-256

P.O. Box 1187
Kailua, HI 96734

IF YOU PAY BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA   VISA          ☐ MASTERCARD  MasterCard       ☐ DISCOVER  DISCOVER

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███3952 | $9.00 |

107100 - 257

MARYANN N SIVONGXAY
███████████████
WAIANAE HI 96792-3707

000257

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:              WAIANAE COAST COMP HEALTH CTR
Creditor Account #:    ████2469
Amount:                $8.99
Interest Due:          $0.01
Total Balance Due:     $9.00

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**




| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1


**EXHIBIT ONE**

107100-NTC1-257

P.O. Box 1187
Kailua, HI 96734

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW:

☐ VISA **VISA**   ☐ MASTERCARD   ☐ DISCOVER

| CARD NUMBER | | EXP. DATE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

| Date | MEDCAH Acct # | Total Due |
|---|---|---|
| April 27, 2015 | ███ 3953 | $7.94 |

107100 - 258

MARYANN N SIVONGXAY

WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

000258

** Please Detach the Top Portion and Return with Payment **

# COLLECTION NOTICE

Creditor:            WAIANAE COAST COMP HEALTH CTR
Creditor Account #:  ███2477
Amount:              $7.93
Interest Due:        $0.01
Total Balance Due:   $7.94

This account has been listed with our office for collection. If paid in full to this office all collection activity will be stopped. To establish a payment plan, please call our office at (808) 266-2020.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Interest may be added to the outstanding principal balance as allowed by your agreement with your creditor and/or as allowed by law. Please be advised that a service fee of $30.00 will be assessed for any check or electronic payment returned from the bank unpaid.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the term of your credit obligation. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described above.

**Make payment online at: www.medcah.com**
Please note that we assess a convenience fee of $5.00 per transaction.

**This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

 

| Mailing address: | Oahu Office: | Hilo Office: |
|---|---|---|
| P.O. Box 1187 | 320 Uluniu Street, Suite 5 | 180 Kinoole Street, Suite 205 |
| Kailua, HI 96734 | Kailua, HI 96734 | Hilo, HI 96720 |
| 808-266-2020 or | 808-266-2020 or | 808-935-4535 or |
| Toll Free 1-888-663-3224 | Toll Free 1-888-663-3224 | Toll Free 1-800-935-4540 |

1 of 1




**EXHIBIT ONE**

107100-NTC1-258