P.O. Box 1187
Oaks, PA 19456

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW
☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

| CARD NUMBER | EXP. DATE | AMOUNT |
|---|---|---|
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

Please note that we assess a convenience fee of $5.00 per transaction.

106497 - 2

MARYANN N SIVONGXAY
VONE SIVONGXAY

WAIANAE HI 96792-3707

MEDCAH, Inc.
P.O. Box 1187
Kailua, HI 96734-1187

-- PLEASE DETACH AND RETURN THIS ABOVE PORTION WITH PAYMENT --

Mailing address:
P.O. Box 1187
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Oahu Office:
320 Uluniu Street, Suite 5
Kailua, HI 96734
808-266-2020 or
Toll Free 1-888-663-3224

Hilo Office:
180 Kinoole Street, Suite 205
Hilo, HI 96720
808-935-4535 or
Toll Free 1-800-935-4540

**This Account Summary is provided in addition to our previous notices regarding the following debts.**

 

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| Creditor | Assigned Amt | Int. Owing | Fees | Tot Amt Paid | Total Owing |
|---|---|---|---|---|---|
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████1036<br>Last Charge Date: 05-17-12<br>Last Payment Date:<br>MEDCAH Account #: ████6698 | $78.16 | $23.98 | $0.00 | ($0.00) | $102.14 |
| PACIFIC RADIOLOGY GROUP, INC<br>Client Reference #: ████7601<br>Last Charge Date: 09-14-13<br>Last Payment Date: 12-26-13<br>MEDCAH Account #: ████6180 | $11.96 | $2.22 | $0.00 | ($0.00) | $14.18 |
| PACIFIC RADIOLOGY GROUP, INC<br>Client Reference #: ████7601<br>Last Charge Date: 08-02-13<br>Last Payment Date: 12-26-13<br>MEDCAH Account #: ████7854 | $62.03 | $12.10 | $0.00 | ($0.00) | $74.13 |
| THE RADIOLOGY GROUP<br>Client Reference #: ████2701<br>Last Charge Date: 08-16-13<br>Last Payment Date: 09-17-13<br>MEDCAH Account #: ████5011 | $6.23 | $1.16 | $0.00 | ($0.00) | $7.39 |
| THE RADIOLOGY GROUP<br>Client Reference #: ████2701<br>Last Charge Date: 01-15-13<br>Last Payment Date: 02-26-13<br>MEDCAH Account #: ████3244 | $17.80 | $4.42 | $0.00 | ($0.00) | $22.22 |
| OCEANIC TIME WARNER CABLE<br>Client Reference #: ████1-08-9<br>Last Charge Date: 06-07-11<br>Last Payment Date: 06-07-11<br>MEDCAH Account #: ████3216 | $474.70 | $204.31 | $0.00 | ($0.00) | $679.01 |

See additional pages for more information.

**EXHIBIT TWO**



| Account | Charges | Interest | Payments | Adjustments | Balance |
|---|---|---|---|---|---|
| CARDIOLOGY ASSOCIATES INC<br>Client Reference #: ████8764<br>Last Charge Date: 01-17-14<br>Last Payment Date:<br>MEDCAH Account #: ████7124 | $99.51 | $13.17 | $0.00 | ($0.00) | $112.68 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████6101<br>Last Charge Date: 08-03-13<br>Last Payment Date:<br>MEDCAH Account #: ████3938 | $21.16 | $1.40 | $0.00 | ($0.00) | $22.56 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████0802<br>Last Charge Date: 11-13-13<br>Last Payment Date: 12-18-15<br>MEDCAH Account #: ████3940 | $3.25 | $0.21 | $5.00 | ($8.46) | $0.00 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████0146<br>Last Charge Date: 12-16-13<br>Last Payment Date:<br>MEDCAH Account #: ████3942 | $13.30 | $0.88 | $0.00 | ($0.00) | $14.18 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████6318<br>Last Charge Date: 12-16-13<br>Last Payment Date:<br>MEDCAH Account #: ████3944 | $5.16 | $0.34 | $0.00 | ($0.00) | $5.50 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████3043<br>Last Charge Date: 03-05-14<br>Last Payment Date:<br>MEDCAH Account #: ████3946 | $12.19 | $0.81 | $0.00 | ($0.00) | $13.00 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████5693<br>Last Charge Date: 04-10-14<br>Last Payment Date:<br>MEDCAH Account #: ████3948 | $13.93 | $0.92 | $0.00 | ($0.00) | $14.85 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████9006<br>Last Charge Date: 04-10-14<br>Last Payment Date:<br>MEDCAH Account #: ████3950 | $5.64 | $0.37 | $0.00 | ($0.00) | $6.01 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████2469<br>Last Charge Date: 09-09-14<br>Last Payment Date:<br>MEDCAH Account #: ████3952 | $8.99 | $0.60 | $0.00 | ($0.00) | $9.59 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████2477<br>Last Charge Date: 09-09-14<br>Last Payment Date:<br>MEDCAH Account #: ████3953 | $7.93 | $0.53 | $0.00 | ($0.00) | $8.46 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████5832<br>Last Charge Date: 09-09-14<br>Last Payment Date:<br>MEDCAH Account #: ████3951 | $13.30 | $0.88 | $0.00 | ($0.00) | $14.18 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████7445<br>Last Charge Date: 04-08-14<br>Last Payment Date:<br>MEDCAH Account #: ████3949 | $8.73 | $0.58 | $0.00 | ($0.00) | $9.31 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████1286<br>Last Charge Date: 04-08-14<br>Last Payment Date:<br>MEDCAH Account #: ████3947 | $13.30 | $0.88 | $0.00 | ($0.00) | $14.18 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████6325<br>Last Charge Date: 12-16-13<br>Last Payment Date:<br>MEDCAH Account #: ████3945 | $3.03 | $0.20 | $0.00 | ($0.00) | $3.23 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ████6295<br>Last Charge Date: 12-16-13<br>Last Payment Date:<br>MEDCAH Account #: ████3943 | $8.47 | $0.56 | $0.00 | ($0.00) | $9.03 |

See additional pages for more information.

**EXHIBIT TWO**



| | | | | | |
|---|---|---|---|---|---|
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ▓1771<br>Last Charge Date: 11-13-13<br>Last Payment Date:<br>MEDCAH Account #: ▓3941 | $2.48 | $0.16<br>379 | $0.00 | ($0.00) | $2.64 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ▓0780<br>Last Charge Date: 11-13-13<br>Last Payment Date:<br>MEDCAH Account #: ▓3939 | $5.52 | $0.37 | $0.00 | ($0.00) | $5.89 |
| WAIANAE COAST COMP HEALTH CT<br>Client Reference #: ▓3921<br>Last Charge Date: 08-03-13<br>Last Payment Date:<br>MEDCAH Account #: ▓3937 | $11.15 | $0.74 | $0.00 | ($0.00) | $11.89 |
| PACIFIC RADIOLOGY GROUP, INC<br>Client Reference #: ▓7601<br>Last Charge Date: 04-14-15<br>Last Payment Date: 05-15-15<br>MEDCAH Account #: ▓0848 | $11.25 | $0.06 | $0.00 | ($0.00) | $11.31 |
| OCEANIC TIME WARNER CABLE<br>Client Reference #: ▓5-02-8<br>Last Charge Date: 08-27-13<br>Last Payment Date: 08-27-13<br>MEDCAH Account #: ▓8388 | $403.10 | $86.58 | $0.00 | ($0.00) | $489.68 |
| THE RADIOLOGY GROUP<br>Client Reference #: ▓5901<br>Last Charge Date: 10-16-10<br>Last Payment Date: 04-20-11<br>MEDCAH Account #: ▓2782 | $22.66 | $0.00 | $0.00 | ($22.66) | $0.00 |
| PACIFIC RADIOLOGY GROUP, INC<br>Client Reference #: ▓7601<br>Last Charge Date: 11-25-13<br>Last Payment Date: 04-28-14<br>MEDCAH Account #: ▓6476 | $15.13 | $0.03 | $0.00 | ($15.16) | $0.00 |
| | $1,360.06 | $358.46 | $5.00 | ($46.28) | $1,677.24 |



**EXHIBIT TWO**

106497-LEDGER-5