[Page largely redacted with black boxes]

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MEDCAH INC | ▓3216 | $475 as of 01/08/2016 | 09/2011 | **Collection account. $475 past due as of Jan 2016.** |

320 ULUNIU ST STE 5
KAILUA, HI 96734
808 266 2020
**Address identification number**
0197274685

**Original creditor**
OCEANIC TIME WARNER CABLE

**Type**
Collection
**Terms**
1 Months
**On record until**
Mar 2018

**Credit limit or original amount**
$475
**High balance**
$0
**Monthly payment**
$0
**Recent payment**

**Date of status**
11/2011
**First reported**
11/2011
**Responsibility**
Individual

# EXHIBIT THREE

amount
$0

## Account history

| 2016 | 2015 | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | ND | ND | ND | ND |

| | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Jan 2016, Apr 2014, Nov 2011

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MEDCAH INC | ▮▮▮▮6698 | $78 as of 01/08/2016 | 11/2012 | **Collection account. $78 past due as of Jan 2016.** |

320 ULUNIU ST STE 5
KAILUA, HI 96734
808 266 2020
**Address identification number**
0197274685
**Original creditor**
WAIANAE COAST COMP HEALTH CTR

**Type**
Collection
**Terms**
1 Months
**On record until**
Feb 2019

**Credit limit or original amount**
$78
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
02/2013
**First reported**
02/2013
**Responsibility**
Individual

## Account history

| 2016 | 2015 | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | ND | ND | ND | ND |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Jan 2016, Apr 2014, Feb 2013

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MEDCAH INC | ▮▮▮▮8388 | $403 as of 01/08/2016 | 10/2013 | **Collection account. $403 past due as of Jan 2016.** |

320 ULUNIU ST STE 5
KAILUA, HI 96734
808 266 2020
**Address identification number**
0197274685
**Original creditor**
OCEANIC TIME WARNER CABLE

**Type**
Collection
**Terms**
1 Months
**On record until**
May 2020

**Credit limit or original amount**
$403
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
01/2014
**First reported**
01/2014
**Responsibility**
Individual

## Account history

| 2016 | 2015 | | | | | | | | | | 2014 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | ND | ND | C |

Collection as of Jan 2016, Apr 2014, Jan 2014

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MEDCAH INC | ▮▮▮▮7854 | $62 as of 01/08/2016 | 01/2014 | **Collection account. $62 past due as of Jan 2016.** |

320 ULUNIU ST STE 5
KAILUA, HI 96734
808 266 2020
**Address identification number**
0197274685

**Type**
Collection
**Terms**
1 Months

**Credit limit or original amount**
$62
**High balance**
$0

**Date of status**
03/2014
**First reported**
03/2014
**Responsibility**

**EXHIBIT THREE**

| Original creditor | On record until | Monthly payment | Individual |
|---|---|---|---|
| PACIFIC RADIOLOGY GROUP INC | May 2020 | $0 | |
| | | Recent payment amount $0 | |

**Account history**

| 2016 | 2015 | | | | | | | | | | 2014 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | C | |

Collection as of Jan 2016, Apr 2014, Mar 2014

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MEDCAH INC | ▮7124 | $100 as of 02/09/2016 | 08/2014 | **Collection account. $100 past due as of Feb 2016.** |
| 320 ULUNIU ST STE 5 KAILUA, HI 96734 808 266 2020 | **Type** Collection | **Credit limit or original amount** $100 | **Date of status** 11/2014 | |
| **Address identification number** 0197274685 | **Terms** 1 Months | **High balance** $0 | **First reported** 11/2014 | |
| **Original creditor** CARDIOLOGY ASSOCIATES INC | **On record until** Oct 2020 | **Monthly payment** $0 | **Responsibility** Individual | |
| | | **Recent payment amount** $0 | | |



**EXHIBIT THREE**