```
1           IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF HAWAII
3
4   MARYANN SIVONGXAY,           )   CIVIL NO. 1:16-CV-415
                                 )            (DKW-KSC)
5             Plaintiff,         )
                                 )
6        vs.                     )
                                 )
7   MEDCAH, INC.,                )
                                 )
8             Defendant.         )
    _____)
9
10
11
12        VIDEOTAPED DEPOSITION OF GENEVIEVE FREEMAN
13  Taken on behalf of the Plaintiff pursuant to Notice
14  and Rule 30(b)(6) of the Federal Rules of Civil
15  Procedure, on Wednesday, August 2, 2017, commencing
16  at 9:10 a.m., at the office of Certified Legal Video
17  Services, 1111 Bishop Street, Suite 500, Honolulu,
18  Hawaii 96813.
19
20
21
22
23              Ali'i Court Reporting
                956 Uwao Street
24              Honolulu, Hawaii  96825
                (808) 394-Alii
25
```

**EXHIBIT A**

```
 1    APPEARANCES:

 2    For Plaintiff:

 3         JUSTIN A. BRACKETT, ESQ.
           Uloha/Climb Aloha Building
 4         515 Ward Avenue
           Honolulu, Hawaii  96814
 5         (808) 377-6778

 6    For Defendant:

 7         DAVID J. MINKIN, ESQ.
           JORDAN K. INAFUKU, ESQ.
 8         McCorriston Miller Mukai MacKinnon LLP
           Five Waterfront Plaza, 4th Floor
 9         500 Ala Moana Boulevard
           Honolulu, Hawaii  96813
10         (808) 529-7300

11    Also Present:

12         Thomas Gaupp, Certified Video Specialist

13         Keoni Salas, Certified Video Specialist

14         Natalie Moreland

15

16

17

18

19

20    REPORTED BY:    Laura Savo, CSR No. 347
                      State of Hawaii
21

22
                          -o0o-
23

24

25
```

| | | |
|---|---|---|
| 1 | | MEDCAH's policies. |
| 2 | A | What policies? |
| 3 | | MR. MINKIN: Objection. Vague -- wait. |
| 4 | | Vague and ambiguous. What policies? |
| 5 | | BY MR. BRACKETT: |
| 6 | Q | Does MEDCAH use mailings to notify its |
| 7 | | customers of the amounts due on their account? |
| 8 | A | Yes. MEDCAH sends letters to debtors. |
| 9 | Q | Okay. Does MEDCAH use credit reporting |
| 10 | | to collect debts? |
| 11 | A | No. |
| 12 | Q | Does MEDCAH report to any credit bureaus? |
| 13 | A | Yes. |
| 14 | Q | Which credit bureau does MEDCAH report |
| 15 | | to? |
| 16 | A | Experian. |
| 17 | Q | Are there any others? |
| 18 | A | No. |
| 19 | Q | Does MEDCAH report accurate amounts to |
| 20 | | Experian? |
| 21 | | MR. MINKIN: Objection. Vague and |
| 22 | | ambiguous. |
| 23 | | BY MR. BRACKETT: |
| 24 | Q | You can go ahead and answer. |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Does MEDCAH report the current amount due for each account to Experian? |
| 2 | | |
| 3 | A | Yes. |
| 4 | Q | Did MEDCAH report Ms. Sivongxay's account to any credit bureau? |
| 5 | | |

09:38:32

6  MR. MINKIN: Objection. Vague and
7  ambiguous. Which account are you referring to?
8  We're dealing with a number of accounts here.
9  THE WITNESS: My question is which
10 account are you referring to?

09:38:39

11 BY MR. BRACKETT:
12     Q    Did MEDCAH report Ms. Sivongxay's Oceanic
13 Time Warner Cable account to Experian?
14     A    Yes.
15     Q    And did MEDCAH report an accurate amount

09:38:52

16 due in regards to the Oceanic Time Warner Cable
17 account for Ms. Sivongxay to Experian?
18          MR. MINKIN: Objection. Vague and
19 ambiguous. Accurate account or amount? Excuse me.
20 BY MR. BRACKETT:
21     Q    You can go ahead and answer.
22     A    Yes.
23     Q    Did MEDCAH report the Waianae Coast
24 Comprehensive Health Center account, that MEDCAH's
25 assigned account No. 6698, to Experian?

09:39:27

| | | |
|---|---|---|
| 1 | Q | And if it's like Ms. Sivongxay's |

1  Q  And if it's like Ms. Sivongxay's
2  situation where they pay the original creditor, the
3  full amount that they were seeking, what does MEDCAH
4  then do with the interest?
5  A  Writes it off.                                    11:06:18
6  Q  It does not continue to try to collect
7  that interest?
8  A  That's correct.
9  Q  Does the original creditor request that
10 that interest be written off?                         11:06:40
11 A  No.
12 Q  Is it part of the contract?
13 A  No.
14 Q  So it's not part of the contract between
15 the client and MEDCAH?                                11:06:55
16 A  No.
17     MR. MINKIN:  Asked and answered.
18 BY MR. BRACKETT:
19 Q  Why does MEDCAH decide to write off that
20 interest?                                             11:07:07
21 A  It's a business decision.  In many cases,
22 it's not worth pursuing.  Our objective is to get the
23 debt paid.  When that's accomplished, we're done.
24 Q  Does the client advise you not to pursue
25 the interest?                                         11:07:42

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | | MR. MINKIN: Asked and answered. |
| 3 | BY MR. BRACKETT: | |
| 4 | Q | When MEDCAH receives a payment that includes interest, what does MEDCAH do with the interest portion of the payment? |
| 7 | | MR. MINKIN: Objection. Lacks foundation. Incomplete hypothetical. |
| 9 | | If you can answer. |
| 10 | | THE WITNESS: Can you clarify for me? |
| 11 | BY MR. BRACKETT: | |
| 12 | Q | Yeah. If Ms. Sivongxay were to pay you a payment directly to MEDCAH -- |
| 14 | A | Right. |
| 15 | Q | -- and MEDCAH had included interest in the account balance -- |
| 17 | A | Which she did. |
| 18 | Q | -- then what does MEDCAH do with that interest that's been received from the consumer? |
| 20 | A | Keeps it. We post the payment to the debtor's account -- |
| 22 | Q | Okay. |
| 23 | A | -- and we remit the appropriate amount to our client, and we keep the interest and our commission fee. |

Timestamps: 11:07:58, 11:08:13, 11:08:21, 11:08:35, 11:08:52

| | | |
|---|---|---|
| 1 | Q | Does MEDCAH retain all the interest? |
| 2 | A | Yes. |
| 3 | Q | That is -- |
| 4 | A | What it doesn't write off, it retains. |

5   MR. BRACKETT: Just to make sure my   11:09:12
6  videographer is happy, how much time have we got?
7   THE VIDEOGRAPHER: You have 10 minutes
8  left.
9   MR. BRACKETT: Okay. I wanted to make
10  sure.
11   Q   Does MEDCAH receive any payments from the
12  original creditor when it collects a debt?
13   A   Yes.
14   Q   Does it take a percentage of the amount
15  collected?   11:09:39
16   A   Elaborate for me.
17   Q   So the interest MEDCAH's able to keep.
18  What about the principal portion? How does that get
19  divided?
20   A   So we are a contingency-based business   11:09:53
21  and we keep a commission based on a contingency. So
22  when a payment is made, we get our commission rate --
23  our commission.
24   Q   Is that a portion or percentage of the --
25   A   Yes.   11:10:10

| | | |
|---|---|---|
| 1 | Q   You can go ahead. | |
| 2 | A   I don't know that a consumer would need | |
| 3 | to know that. | |
| 4 | Q   So if they were trying to determine which | |
| 5 | accounts were being billed by MEDCAH, they couldn't | 02:21:39 |
| 6 | look at the MEDCAH documents and see that this is the | |
| 7 | account that's being referenced; is that correct? | |
| 8 | A   Yes, that's correct.  Unless in other | |
| 9 | documents provided by Waianae Coast to the consumer, | |
| 10 | like the initial billing, perhaps would have the | 02:22:04 |
| 11 | encounter number, but I wouldn't know that. | |
| 12 | MR. BRACKETT:  Okay.  And I think we're | |
| 13 | running out of tape, unfortunately. | |
| 14 | THE VIDEOGRAPHER:  Okay.  We're going to | |
| 15 | go off the record.  The time is 2:22 p.m. | 02:22:17 |
| 16 | (Recess taken from 2:22 p.m. until | |
| 17 | 2:35 p.m.) | |
| 18 | THE VIDEOGRAPHER:  Okay.  We are back on | |
| 19 | the record.  The time is 2:35 p.m. | |
| 20 | BY MR. BRACKETT: | |
| 21 | Q   Did any of Ms. Sivongxay's creditors | |
| 22 | charge interest on these accounts before they | |
| 23 | transferred them to MEDCAH? | |
| 24 | A   Yes. | |
| 25 | Q   And which creditors in particular? | 02:35:45 |