JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

Attorney for Plaintiff
MARYANN SIVONGXAY

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARYANN SIVONGXAY,<br><br>              Plaintiff,<br><br>  vs.<br><br>MEDCAH, INC.,<br><br>              Defendant. | CASE NO. 16-00415 DKW-KSC<br><br>PLAINTIFF'S **SEPARATE AND CONCISE STATEMENT OF FACTS** IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO VIOLATIONS 1 – 3 OF COUNT I OF PLAINTIFF'S AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT 1; AND CERTIFICATE OF SERVICE.<br><br>JUDGE: Derrick K. Watson<br>TRIAL: December 4, 2017 |

### PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO VIOLATIONS 1-3 OF COUNT I OF PLAINTIFF'S AMENDED COMPLAINT

| No. | Undisputed Material Fact | Evidentiary Support |
|---|---|---|
| 1 | Defendant Medcah, Inc. (hereinafter "Defendant" and/or "Medcah") is a "Debt Collector" as defined by the FDCPA. | Medcah's Response to Requests to Admit |
| 2 | Defendant added interest to the accounts it was seeking from Plaintiff in a letter Plaintiff received on or around December 18, 2015. | Dkt. No. 21-1, p. 7 |

| 3 | Despite no payments being made, Defendant reported that only the principal balances were owed Experian Report in January and/or February 2016. Balances that were lower than the amounts demanded on the same five accounts in Defendant's December 2015 letter. | Dkt. No. 28-2; Dkt. No. 28-3 |
|---|---|---|
| 4 | On or about June 24, 2016 Plaintiff received a letter dated June 24, 2016 in which Defendant again increased the balance owed on the same five accounts. | Dkt. No. 28-4 |
| 5 | All of the accounts were charged interest at 10% after being placed with the Defendant for collection. | Dkt. No. 45-1 |
| 6 | All of the underlying agreements documenting Plaintiff's debts either do not state a fixed interest rate or state an interest rate greater than 10% per annum. | Dkt. No. 45-1 |
| 7 | In its Motion for Summary Judgment Defendant admits that, at least in one case, the underlying agreement[s] "state an interest rate greater than 10% per annum." | Dkt. No. 44, p. 7 |
| 8 | At least a portion of Plaintiff's debts did have an express written contract fixing a different rate of interest. | Freeman Depo pg 158 ln 20 -159 ln 3 |
| 9 | Defendant does not remit the interest it collects to the original creditor. | Freeman Depo pg 79 ln 4 – pg 80 ln 2 |
| 10 | If the debtor pays the original creditor the original balance, then Defendant writes off the interest it is allegedly owed. | Freeman Depo pg 78 ln 1-16 |

DATED: Honolulu, Hawaii, September 1, 2017.

    /s/ Justin A. Brackett
JUSTIN A. BRACKETT
Attorney for Plaintiff