# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 16-00415DKW-KSC |
| CASE NAME: | Maryann Sivongxay vs. Medcah, Inc. |
| ATTYS FOR PLA: | Justin A. Brackett |
| ATTYS FOR DEFT: | David J. Minkin<br>Jordan K. Inafuku<br>Miyoko T. Pettit-Toledo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/24/2017 | TIME: | 11:34 - 11:38 |

COURT ACTION:   EP: Final Pretrial Conference -

Discussion held re: the status of the case and the trial set for 12/4/17 before Judge Watson.

After Judge Watson issues his ruling on the pending motions, a settlement conference may be scheduled.

Trial estimated to last 3 - 4 days total.

No experts.

Trial related deadlines are set forth in the Rule 16 Scheduling Conference Order.

Submitted by: Toni Fujinaga, Courtroom Manager.