| | | | Maryann Sivongxay, |  |
|---|---|---|---|---|
| **EXHIBITS OF**<br><br>**PLAINTIFF** | | | Plaintiff,<br><br>v.<br><br>Medcah, Inc.,<br><br>Defendant.<br><br>Case No. 1:16-cv-415-DKW-KSC | |
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| 07/28/16 | 1 | Plaintiff | Plaintiff's **Exhibit 1-4 attached to First Amended Complaint** (Expect to offer.) | |
| 11/04/16 | 2 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant Medcah, Inc.'s Response to Plaintiff's First Set of Interrogatories, Requests for Admission, Requests for Production of Documents, and Request for Production of Statements to Defendant**, Dated October 5, 2016, served to Plaintiff on November 4, 2016. | |
| 08/23/17 | 3 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's Contract with Cardiology Associates, Inc.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000001 to 000003. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 08/23/17 | 4 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's Contract with Oceanic Time Warner Cable.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000004 to 000020. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 5 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's Contract with Pali Momi Medical Center.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 0000021 to 000027. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 6 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's Contract with Waianae Coast Comprehensive Health Center.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000028. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 7 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's original creditor billing statements.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000036 to 000065. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 08/23/17 | 8 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Assignment Statements from Plaintiff's original creditors.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000066 to 000096. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 9 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Call Records.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000097 to 000129. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 10 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Notes which relate to Plaintiff's accounts.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000130 to 000210. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 11 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Plaintiff's June 13, 2016 Dispute Letter to Medcah, Inc. and USPS reciept of mailing.** Plaintiff's letter of dispute, Bate-Stamped Medcah-00415 000211 and the receipt of mailing, Bate-stamped MS 16-00415-0060 (Expects to offer.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 08/23/17 | 12 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collector Policy Manual.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000212 to 000266. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 13 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Agreement with Cardiology Associates, Inc.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000267 to 000271. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 14 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Agreement with The Radiology Group.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000272 to 000276. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 15 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Agreement with Oceanic Time Warner Cable.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000277 to 000280. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 08/23/17 | 16 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Agreement with Oceanic Cablevision.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000281 to 000285. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 17 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Collection Agreement with Pacific Radiology Group.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000286 to 000290. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 18 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s January 2016 Collector Manual.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000291 to 000318. Defendant served to Plaintiff via CD on August 23, 2017. (Expects to offer.) | |
| 08/23/17 | 19 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s Instructions for Loading Files.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000319. Defendant served to Plaintiff via CD on August 23, 2017. (May offer if the need arises.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 10/6/17 | 20 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s July 9, 2004 Collection Agreement with Cardiology Associates, Inc.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000320 to 000323. Defendant served to Plaintiff via email on October 6, 2016. (Expects to offer.) | |
| 10/6/17 | 21 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s April 27, 2016 Collection Agreement with Cardiology Associates, Inc.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000324 to 000326. Defendant served to Plaintiff via email on October 6, 2016. (Expects to offer.) | |
| 10/6/17 | 22 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s April 25, 2016 Collection Agreement with The Radiology Group.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000327 to 000328. Defendant served to Plaintiff via email on October 6, 2016. (Expects to offer.) | |
| 10/6/17 | 23 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s December 1, 1996 Collection Agreement with Oceanic Cablevision.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000330 to 000335. Defendant served to Plaintiff via email on October 6, 2016. (Expects to offer.) | |

| Date | No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | | | **Identification** – Date / No. / Witness / Description / Offers | |
| 10/6/17 | 24 | Defendant's Custodian of Records or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Medcah Inc.'s July 12, 2013 Collection Agreement with Pacific Radiology Group.** Medcah, Inc.'s produced documents to Plaintiff, Bate-Stamped Medcah-00415 000336 to 000340. Defendant served to Plaintiff via email on October 6, 2016. (Expects to offer.) | |
| 07/28/17 | 25 | Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's First Supplemental Response** to Plaintiff's First Set of Interrogatories, Requests for Admission, Requests for Production of Documents, and Request for Production of Statements to Defendant dated October 5, 2016, served by Defendant on July 28, 2017. (May offer if the need arises.) | |
| 10/6/17 | 26 | Plaintiff and/or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's Second Supplemental Response** to Plaintiff's First Set of Interrogatories, Requests for Admission, Requests for Production of Documents, and Request for Production of Statements to Defendant dated October 5, 2016, served by Defendant on October 6, 2017. (May offer if the need arises.) | |
| 8/2/17 | 27 | Play Recording | **Video Deposition of Medcah Inc.'s Rule 30(b)(6) Deponent,** relevant portions (Expects to offer.) | |
| 12/17/15 | 28 | Vone Sivongxay, Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's December 17, 2015 Letters to Vone Sivongxay**, Documents Bate-Stamped MS 16-00415 0004 to 0005. (May offer if the need arises.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| 12/21/15 | 29 | Plaintiff | **Defendant's December 21, 2015 Letter to Plaintiff**, Documents Bate-Stamped MS 16-00415 0001 to 0003. (Expects to offer.) | |
| 09/04/13 | 30 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's September 4, 2013 Letter to Plaintiff**, Documents Bate-Stamped MS 16-00415 0006. (May offer if the need arises.) | |
| 10/30/13 | 31 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's October 30, 2013 Letter to Plaintiff**, Documents Bate-Stamped MS 16-00415 0007. (May offer if the need arises.) | |
| 4/27/15 | 32 | Plaintiff, Defendant's Custodian of Records, or Defendant's Designated Fed.R.Civ.P. 30(b)(6) Witness | **Defendant's April 27, 2015 Letters to Plaintiff**, Documents Bate-Stamped MS 16-00415 0008 to 0024. (May offer if the need arises.) | |
| 1/30/17 | 33 | Plaintiff | **Screenshot of Medcah, Inc. calling Plaintiff on January 30, 2017.** Bate-Stamped MS 16-00415 0061. (May offer if the need arises.) | |
| 2/22/17 | 34 | Plaintiff | **Screenshot of Medcah, Inc. calling Plaintiff on February 22, 2017.** Bate-Stamped MS 16-00415 0062. (May offer if the need arises.) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 3/14/17 | 35 | Plaintiff | **Screenshot of Medcah, Inc. calling Plaintiff on March 14, 2017.** Bate-Stamped MS 16-00415 0063. (May offer if the need arises.) | |
| 08/02/17 | 37 | Read-In or Genevieve Freeman | Transcript of the Videotaped Deposition of Defendant Medcah Inc.'s Rule 30(b)(6) witness Genevieve Freeman taken on August 2, 2017, Pages 1 through 210 in whole or in part. (Expects to offer.) | |
| 10/5/17 | 38 | Read-In or Anthony De Motta | The deposition transcript of Anthony De Motta, Medcah Inc.'s Debt Collector who called Plaintiff, taken on October 5, 2017, Pages 1 through 108 in whole or in part. (May offer if the need arises.) | |
| 10/5/17 | 39 | Read-In or Jennifer Medeiros | The deposition transcript of Jennifer Medeiros, Medcah Inc.'s Collections Manager, taken on October 5, 2017, Pages 1 through 128, in whole or in part. (May offer if the need arises.) | |

Respectfully submitted,

Dated: November 7, 2017

**JUSTIN A. BRACKETT, ATTORNEY AT LAW**
By:  s/ Justin A. Brackett
Justin A. Brackett, Esq.  (#9954)
515 Ward Avenue
Honolulu, Hawaii 96814
Telephone: (808) 377-6778
justinbrackettlaw@gmail.com
*Attorney for Plaintiff*
*Maryann Sivongxay*