JUSTIN A. BRACKETT, ESQ. (#9954)         ECF Filed on 11/29/17
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778
justinbrackettlaw@gmail.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| **MARYANN SIVONGXAY,** | ) | CASE NO. 1:16-cv-00415 DKW-KSC |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S NOTICE OF APPEAL; |
| | ) | REPRESENTATION STATEMENT; & |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| **MEDCAH, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF APPEAL
### AND REPRESENTATION STATEMENT

COMES NOW Plaintiff Maryann Sivongxay ("Sivongxay") by and through her counsel, Justin A. Brackett, Esq., and who hereby appeals to the United States Court of Appeals for the Ninth Circuit the Order Granting Defendant's Motion for Partial Summary Judgment as to Violations 1-3 of Count I and as to Violations 1-5 of Count II; and Denying Plaintiff's Motion for Partial Summary Judgment as to Violations 1-3 of Count I entered November 7, 2017 in the above entitled matter

(See Ex. 'A', Dkt. No. 87).  The Parties to the Appeal of this Order and the names and addresses of their respective attorneys are as follows:

Justin A. Brackett
515 Ward Avenue
Honolulu, HI  96814
justinbrackettlaw@gmail.com
Telephone: 808-377-6778

*Attorney for Plaintiff*
*Maryann Sivongxay*


David J. Minkin
Page C. Ogata
Jordan K. Inafuku
Miyoko T. Pettit-Toledo
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
minkin@m4law.com
pogata@m4law.com
jinafuku@m4law.com
pettit-toledo@m4law.com
Telephone: 808-529-7430
Facsimile: 808-524-8293


*Attorneys for Defendant*
*Medcah, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Defendant's representatives' addresses are again listed below. Parties may access this filing through the Court's electronic case filing system.

                                             /s/ Justin A. Brackett
                                             Justin A. Brackett, Esq.
                                             Attorney for Plaintiff

Respectfully submitted this the   29th   day of November, 2017.

                                             /s/ Justin A. Brackett
                                               Justin A. Brackett, #9954
                                               Attorney for Plaintiff
                                               515 Ward Avenue
                                               Honolulu, HI 96814
                                               (808) 377-6778
                                               justinbrackettlaw@gmail.com

*Attorneys for Defendant*
*Medcah, Inc.*

David J. Minkin
Page C. Ogata
Jordan K. Inafuku
Miyoko T. Pettit-Toledo
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
minkin@m4law.com
pogata@m4law.com
jinafuku@m4law.com
pettit-toledo@m4law.com
Telephone: 808-529-7430
Facsimile: 808-524-8293